UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
**Case Number:  18-10059-CIV-MARTINEZ-OTAZO-REYES**

AESTHETIC ASSOCIATES, INC., PS, d/b/a
THE SEATTLE FACIAL PLASTIC SURGERY
CENTER,
      Plaintiff,

vs.

KEY WEST INSTITUTE FOR PLASTIC
SURGERY, INC. and SCOTT J. LOESSIN, M.D.,
      Defendants.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Stipulation of Dismissal [ECF No.

35].  It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**.  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case

is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 11 day of March, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record